```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NOHEME PEREZ,                                                    :
                                                                 :
                            Plaintiff,                           :
                                                                 :           20-cv-1359 (LJL)
            -v-                                                  :
                                                                 :              ORDER
CITY OF NEW YORK et al,                                          :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     On March 26, 2020, the Court granted a 90-day stay in this case in response to a request by counsel for defendant City of New York.  *See* Dkt. No. 9.  Though proceedings in this case resumed after the 90 days elapsed, the docket does not reflect that the stay has been lifted.

     Accordingly, the Clerk of Court is respectfully directed to lift the stay in this case.

     SO ORDERED.

Dated: November 19, 2021  
       New York, New York

                                              LEWIS J. LIMAN  
                                        United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 11/19/2021