March 2, 2023

**BY ECF**
Honorable Lews J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:     Perez v. The City of New York, et al., 20-cv-01359-LJL

Your Honor:

I am a former associate of Sim & DePaola, LLP. My final day of employment with that firm was August 27, 2021. This letter is being submitted shortly after receiving notice that my persisting appearance has inconvenienced this Court.

I hereby request to withdraw as counsel from the above matter due to the fact that I am no longer employed by Sim & DePaola, LLP., which has continued to retain the case upon my departure.

I offer my sincere apologies to the Court for any inconvenience or confusion caused by my continuing appearance in this matter. Hence, it is respectfully requested that Your Honor grant my request to withdraw as counsel from the above matter.

Thank you for your time and consideration.

Respectfully submitted,

*Michael Pinkard*
Michael Pinkard, Esq.
*Former Attorney for the Plaintiff*
(212) 827-0555
Mpinkard3@gmail.com