**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NOHEME PEREZ,

                Plaintiff,

-against-                                      20 **CIVIL** 1359 (LJL)

                                                        **JUDGMENT**

YVONNE EDWARDS and GEOFFREY
WYRICK,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2023, Plaintiffs' motions to dismiss are GRANTED pursuant to Rule 16(f). Sanctions are IMPOSED on Plaintiff's attorneys as identified in the order, and in all other respects, the order to show cause is DISCHARGED.

**Dated:**  New York, New York

       March 31, 2023

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                       **BY:**       *K. Mango*

                                                             **Deputy Clerk**