```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _8/30/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NOHEME PEREZ,                                                      :
:
Plaintiff,                                                         :
:                    20-cv-1359 (LJL)
-v-                                                                :
:                         ORDER
YVONNE EDWARDS and GEOFFREY WYRICK,                                :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On February 28, 2023, this Court ordered Plaintiff's counsel "to attend four hours of continuing legal education ('CLE') each on federal practice and procedure within six months of this decision" and to "submit an affidavit to the Court attesting to their completion of the required courses . . . [with] copies of the certificates of attendance of each course" by August 27, 2023. Dkt. No. 91 at 13.

      Although the Court relieved Plaintiff's former attorney, Mr. Michael Pinkard, from that order, *see* Dkt. No. 95, Mr. Ataur Raquib and Mr. Samuel DePaola have not submitted affidavits to the Court demonstrating their compliance with its order. Accordingly, Mr. Raquib and Mr. DePaola are hereby ORDERED to show cause by September 20, 2023 why the Court should not initiate contempt proceedings.

      SO ORDERED.

Dated: August 30, 2023
       New York, New York
                                                    LEWIS J. LIMAN
                                            United States District Judge