**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NOHEME PEREZ,

                Plaintiff,

-against-                              20 CIVIL 1359 (LJL)

**AMENDED JUDGMENT**

YVONNE EDWARDS and GEOFFREY
WYRICK,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated September 12, 2023, Defendants' motions to dismiss are GRANTED pursuant to Rule 16(f). Sanctions are IMPOSED on Plaintiff's attorneys as identified above, and in all other respects, the order to show cause is DISCHARGED.

**Dated:** New York, New York

      September 12, 2023

                                                          **RUBY J. KRAJICK**
                                                             Clerk of Court

                                **BY:**

                                                              **Deputy Clerk**